

2000 Market Street, Suite 2300, Philadelphia, PA 19103
(215) 575-2600  Fax (215) 575-0856

Direct Dial:  (215) 575-2639
Email:  sshaselbarth@mdwcg.com

November 15, 2023

**VIA ELECTRONIC FILING**

Patricia Dodszuweit
Clerk of Court
United States Court of Appeals for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    RE:        Martin Jones v. Michael Kaminski, et al.
    Case No.     23-2256
    Our File No.  04108.00617

Dear Ms. Dodszuweit:

    This appeal was filed by Martin Jones, now a *pro se* plaintiff.  There are four defendants in the case: Michael Kaminski, Tony Marsaglia, Frank Najera, and Joshua Mallery.  I represent only Officers Kaminski and Marsaglia.

    Mr. Jones filed his Brief of Appellant on October 25, 2023 (according to the filing stamp).  In it, he seeks the reversal of two orders of the District Court involving only Officers Najera and Mallery.  *See, e.g.*, Brief of Appellant, at 5 (¶ 8).  As these orders do not involve my clients, I will not be submitting a brief in this appeal on behalf of either Officer Kaminski or Marsaglia.  If the Court desires a brief from my clients, of course one will be submitted.  Otherwise, I ask to be excused from the obligation to file a brief.

    If you have any questions, please let me know.

                Very truly yours,

                /s Shane Haselbarth

                Shane Haselbarth

Patricia Dodszuweit
November 15, 2023
Page 2

_____

cc:    Martin Jones, Appellant, *via First Class Mail to:*
        Smart Communications / PADOC
        SCI-Phoenix
        Martin Jones
        NN 4778
        P.O. Box 33028
        St. Petersburg, FL 33733

    Paul Lees, counsel for Defendant Frank Najera, *via electronic filing*

    Tyler Burns, counsel for Defendant Joshua Mallery, *via electronic filing*