UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-019

No. 23-2256

MARTIN W. JONES,
Appellant

v.

TONY MARSAGLIA; MICHAEL KAMINSKI;
FRANK NAJERA; JOSHUA MALLERY, Badge #99-30

(E.D. Pa. No. 2-19-cv-04678)

Present:  HARDIMAN, MONTGOMERY-REEVES and AMBRO, Circuit Judges

     1.    Letter Motion by Appellees, Tony Marsaglia and Michael Kaminski to be excused from filing the brief

Respectfully,
Clerk/sb

_____ORDER_____
The foregoing Motion is GRANTED.

By the Court,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: November 22, 2023
Sb/cc: All Counsel of Record